**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

PAMELA WIMBISH and PATRICIA ONKEN,

     *Plaintiffs-Appellants,*

     v.

IBM, INC.,

     *Defendant-Appellee.*

**NO. 26-1738**

**APPELLANTS' SCHEDULING REQUEST**

Pursuant to Local Rule 31.2(a)(1)(A), Appellants Pamela Wimbish and Patricia Onken respectfully request that their brief and appendix be accepted for filing no later than October 9, 2026.  This date is within 91 days of July 9, 2026, the date when Appellants filed their Form D.

Dated: New York, New York
     July 9, 2026

     By:    */s/Lucas C. Buzzard____*
           Lucas C. Buzzard
           JOSEPH & KIRSCHENBAUM LLP
           45 Broadway, Suite 320
           New York, NY 10006
           (212) 688-5640

           *Attorneys for Plaintiff-Appellant*