**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1738

Caption [use short title]

Wimbish v. IBM, Inc.

**Motion for:** Extension of Time to File Appellants' Brief

Set forth below precise, complete statement of relief sought:

A thirty (30) day extension of time to file Appellants brief, which is currently due on October 8, 2026.

**MOVING PARTY:** Pamela Wimbish/Patricia Onken

**OPPOSING PARTY:** IBM, Inc.

☒ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lucas C. Buzzard

**OPPOSING ATTORNEY:** Erika Cagney

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Joseph & Kirschenbaum LLP | Jones Day |
| 45 Broadway, Suite 320, New York, NY 10006 | 250 Vesey Street, New York, NY 10281 |
| Tel: (212) 688-5639 Email: lucas@jk-llp.com | Tel: (212)326-3496 Email: ecagney@jonesday.com |

Court- Judge/ Agency appealed from: Southern District of New York/Hon. Cathy Seibel

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:** [signature]

**Date:** 9/3/2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

PAMELA WIMBISH and PATRICIA ONKEN,

*Plaintiffs-Appellants,*

v. **NO. 26-1738**

IBM, INC.,

*Defendant-Appellee.*

**DECLARATION OF LUCAS C. BUZZARD IN SUPPORT OF APPELLANTS' MOTION TO EXTEND BRIEFING SCHEDULE**

1. I am a partner with Joseph & Kirschenbaum LLP, counsel for Plaintiffs-Appellants in the above-captioned appeal. I submit this Declaration in support of Appellants' motion for a 30-day extension of time to file their brief, which is currently due on October 8, 2026. I am familiar with the facts and circumstances set forth herein.

2. The reason for Appellants' requested 30-day extension is that last week, a matter in which the undersigned is counsel was scheduled for a jury trial starting the week of October 8, 2026 (the week Appellants' brief in this Court is currently due) before Judge Failla in the United States District Court for the Southern District of New York.

3. When the undersigned inquired about the possibility of an adjournment of that trial, he was informed that Judge Failla has very limited trial availability for the remainder of the year, and that any adjournment would likely push the trial well into 2027. In addition, as all parties and witnesses are available for the current trial date, adjourning the trial may create additional delay due to party and/or witness availability.

4. As a result, in order to accommodate the undersigned's preparation for a jury trial for which all parties and witnesses are available, Appellants respectfully request a 30-day extension of time to file their brief.

5. The undersigned has contacted opposing counsel, Erika D. Cagney, who informed the undersigned on September 3, 2026 that Defendant-Appellee does not oppose this request. This is Appellants' first request for an extension of their briefing deadline.

6. We thank the Court for its consideration of this matter.

Dated: New York, New York
September 3, 2026

By: */s/Lucas C. Buzzard*____

Lucas C. Buzzard
JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640

*Attorneys for Plaintiff-Appellant*